IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

Kinza Abdul Salaam

_____

_____

*(Write the full name of each plaintiff who is filing
this complaint. If the names of all the plaintiffs
cannot fit in the space above, please write "see
attached" in the space and attach an additional
page with the full list of names.)*

-against-

Transstates Airlines LLC

_____

_____

*(Write the full name of each defendant who is
being sued. If the names of all the defendants
cannot fit in the space above, please write "see
attached" in the space and attach an additional
page with the full list of names.)*

**Complaint for Employment
Discrimination**

Case No. PX  18 CV 2688

*(to be filled in by the Clerk's Office)*

Jury Trial:    ☐ Yes    ☐ No
*(check one)*

K    _____ FILED    _____ ENTERED
     _____ LOGGED   _____ RECEIVED

AUG 29 2018

AT GREENBELT
CLERK U.S. DISTRICT COURT
DISTRICT OF MARYLAND
NIGHT DEPOSIT BOX

2018 AUG 29 PM 4:28

## About These Forms

1.  **In General.** This and the other forms available from.uscourts.gov websites illustrate some types of information that are useful to have in complaints and some other pleadings. The forms do not try to cover every type of case. They are limited to types of cases often filed in federal courts by those who represent themselves or who may not have much experience in federal courts.

2.  **Not Legal Advice.** No form provides legal advice. No form substitutes for having or consulting a lawyer. If you are not a lawyer and are suing or have been sued, it is best to have or consult a lawyer if possible.

3.  **No Guarantee.** Following a form does not guarantee that any pleading is legally or factually correct or sufficient.

4.  **Variations Possible.** A form may call for more or less information than a particular court requires. The fact that a form asks for certain information does not mean that every court or a particular court requires it. And if the form does not ask for certain information, a particular court might still require it. Consult the rules and caselaw that govern in the court where you are filing the pleading.

5.  **Examples Only.** The forms do not try to address or cover all the different types of claims or defenses, or how specific facts might affect a particular claim or defense. Some of the forms, such as the form for a generic complaint, apply to different types of cases. Others apply only to specific types of cases. Be careful to use the form that fits your case and the type of pleading you want to file. Be careful to change the information the form asks for to fit the facts and circumstances of your case.

6.  **No Guidance on Timing or Parties.** The forms do not give any guidance on when certain kinds of pleadings or claims or defenses have to be raised, or who has to be sued. Some pleadings, claims, or defenses have to be raised at a certain point in the case or within a certain period of time. And there are limits on who can be named as a party in a case and when they have to be added. Lawyers and people representing themselves must know the Federal Rules of Civil Procedure and the caselaw setting out these and other requirements. The current Federal Rules of Civil Procedure are available, for free, at www.uscourts.gov.

7.  **Privacy Requirements.** Federal Rule of Civil Procedure 5.2 addresses the privacy and security concerns over public access to electronic court files. Under this rule, papers filed with the court should not contain anyone's full social-security number or full birth date; the name of a person known to be a minor; or a complete financial-account number. A filing may include only the last four digits of a social-security number and taxpayer identification number; the year of someone's birth; a minor's initials; and the last four digits of a financial-account number.

## I.    The Parties to This Complaint

### A.    The Plaintiff(s)

Provide the information below for each plaintiff named in the complaint.  Attach additional pages if needed.

Name      Kinza Abdul Salaam

Street Address      3808 Water Drop CT

City and County      Burtonsville, MD

State and Zip Code      Maryland, 20866

Telephone Number      571 337 2563

E-mail Address      yebede@hotmail.com

### B.    The Defendant(s)

Provide the information below for each defendant named in the complaint, whether the defendant is an individual, a government agency, an organization, or a corporation.  For an individual defendant, include the person's job or title (if known).  Attach additional pages if needed.

Defendant No. 1

Name      Transstates Airlines LLC

Job or Title (if known)      Corporation

Street Address      11495 Navaid Rd ste 133

City and County      Bridgton, MO

State and Zip Code      MO, 63044

Telephone Number      314-222-4300

E-mail Address (if known)

2018 AUG 29 PM 4:28 NIGHT BOX CIVIL CLERK'S OFFICE DISTRICT COURT OF MARYLAND

2

Defendant No. 2

    Name _____

    Job or Title
    (if known) _____

    Street Address _____

    City and County _____

    State and Zip Code _____

    Telephone Number _____

    E-mail Address
    (if known) _____

Defendant No. 3

    Name _____

    Job or Title
    (if known) _____

    Street Address _____

    City and County _____

    State and Zip Code _____

    Telephone Number _____

    E-mail Address
    (if known) _____

*(If there are more than three defendants, attach an additional page providing the same information for each additional defendant.)*

**C.**   **Place of Employment**

The address at which I sought employment or was employed by the defendant(s) is:

    Name            Transstates Airlines

    Street Address   11495 Navaid Rd, Ste. 133

    City and County   Bridgton

    State and Zip Code   MO, 63044

    Telephone Number   314 222 4300

3

## II.   Basis for Jurisdiction

This action is brought for discrimination in employment pursuant to *(check all that apply)*:

☒   Title VII of the Civil Rights Act of 1964, as codified, 42 U.S.C. §§ 2000e to 2000e-17 (race, color, gender, religion, national origin).

*(Note: In order to bring suit in federal district court under Title VII, you must first obtain a Notice of Right to Sue letter from the Equal Employment Opportunity Commission.)*

☐   Age Discrimination in Employment Act of 1967, as codified, 29 U.S.C. §§ 621 to 634.

*(Note: In order to bring suit in federal district court under the Age Discrimination in Employment Act, you must first file a charge with the Equal Employment Opportunity Commission.)*

☐   Americans with Disabilities Act of 1990, as codified, 42 U.S.C. §§ 12112 to 12117.

*(Note: In order to bring suit in federal district court under the Americans with Disabilities Act, you must first obtain a Notice of Right to Sue letter from the Equal Employment Opportunity Commission.)*

☒   Other federal law *(specify the federal law)*: Missouri Human Rights Law

☒   Relevant state law *(specify, if known)*: Discrimination and Retaliation

☒   Relevant city or county law *(specify, if known)*: Wrongful termination

## III.   Statement of Claim

Write a short and plain statement of the claim. Do not make legal arguments. State as briefly as possible the facts showing that each plaintiff is entitled to the damages or other relief sought. State how each defendant was involved and what each defendant did that caused the plaintiff harm or violated the plaintiff's rights, including the dates and places of that involvement or conduct. If more than one claim is asserted, number each claim and write a short and plain statement of each claim in a separate paragraph. Attach additional pages if needed.

4

A.   The discriminatory conduct of which I complain in this action includes *(check all that apply)*:

     ☐   Failure to hire me.

     ☒   Termination of my employment.

     ☐   Failure to promote me.

     ☐   Failure to accommodate my disability.

     ☒   Unequal terms and conditions of my employment.

     ☒   Retaliation.

     ☒   Other acts *(specify):* human rights, Pain and Suffering

*(Note:  Only those grounds raised in the charge filed with the Equal Employment Opportunity Commission can be considered by the federal district court under the federal employment discrimination statutes.)*

B.   It is my best recollection that the alleged discriminatory acts occurred on date(s)

3/2015

C.   I believe that defendant(s) *(check one)*:

     ☐   is/are still committing these acts against me.

     ☒   is/are not still committing these acts against me. — terminated.

D.   Defendant(s) discriminated against me based on my *(check all that apply and explain)*:

     ☒   race I am an AfricanAmerican and all allegations were made by Caucasians with Only their allegations used to suspend me 3 times.

     ☐   color

     ☒   gender/sex I am a female. The Caucasian males were never taken off schedule &

     ☐   religion

     ☐   national origin

     ☐   age.  My year of birth is _____.  *(Give your year of birth only if you are asserting a claim of age discrimination.)*

     ☐   disability or perceived disability *(specify disability)*

2018 AUG 29 PM 4:28

DISTRICT OF MARYLAND
COURT

—NIGHT BOX

5



# ADMINISTRATIVE OFFICE OF THE COURTS
**FAIR PRACTICES DEPARTMENT**
MARYLAND JUDICIAL CENTER
580 TAYLOR AVENUE – A2
ANNAPOLIS, MARYLAND 21401

## Complaint Form    PX 18 CV 2688
### Discrimination/Harassment/Retaliation

Complainant: _Kinza Abdul Salaam_
(The employee making the Complaint)

Location: _3808 Water Drop Ct, Burtonsville MD 20866_
(Your office address)

Department/Unit: _Flight Attendant_

Your preferred contact information: _571 337 2563_ _yebede@hotmail.com_
(Phone) (Email)

Respondent(s): _Transstates Airlines LLC_
(The employee(s) against whom the Complaint is made)

Location: _11495 Navaid Rd, Ste 133, Bridgton, MO 63044_
(Respondent(s)'s office address if known)

Department/Unit: _Corporation_

## STATEMENT OF FACTS

Basis for the alleged discrimination, harassment, and/or retaliation (Please check the applicable box(es) below)

- [x] Race
- [ ] Color
- [ ] National Origin
- [ ] Religion
- [x] Sex
- [ ] Age
- [ ] Physical or Mental Disability

- [ ] Sexual Orientation
- [ ] Gender Identity or Expression
- [ ] Political Affiliation
- [ ] Marital or Family Status
- [ ] Genetic Information
- [x] Retaliation
- [ ] Other: _Wrongful termination_

Date(s) of Action(s)/Knowledge of Occurrence: _____

Nature of Complaint: (Provide a clear and detailed statement of the facts which you believe show discrimination, harassment, and/or retaliation.)

_Please see attached._

2018 AUG 29 PM 4:29

FPD Form 305 (2017)

(Please attach additional sheets if needed)

Remedy sought: Full back pay, medical bills reimbursement, pain and suffering, Penalty for human right discrimination Reinstatement

Before filing this complaint I made the following attempts to resolve this matter: EEOC mediation, Union

I am represented by (if applicable): myself

(Name and Title of Representative)

Complainant's Signature: _____    Date: 8/29/18

| Contact Information | Employees of the Circuit Courts under the Authority of a County Administrative Judge: |
|---|---|
| **The Fair Practices Department** | |
| **Phone:** 410-260-3679  **Fax:** 410-841-9849 | Employees of a Circuit Court (who are under the authority of the County Administrative Judge and not a Clerk), should give this form to their manager, supervisor, EEO coordinator, or the County Administrative Judge. |
| **Malling Address:** Fair Practices Department Maryland Judicial Center 580 Taylor Avenue – A2 Annapolis, Maryland 21401 | |
| **Email:** fairpractices@mdcourts.gov | |

---

## Fair Practices Department use only

I certify that the FPD received this Complaint of Discrimination/Harassment/Retaliation on:

| Date | Signature | Title |
|---|---|---|
| | | |

FPD Form 305 (2017)

1. In March, 2016, I was suspended for 3 days due to allegations made by a caucasian coworker with out any investigation, solely based on her words.

2018 AUG 29  PM 4:31

2. In September, 2016, I was suspended for 7 days due to allegations made by 2 caucasian gate agent and supervison. I was not present. I had only spoken with the gate agent on the phone never to her supervison. I was in Maryland and she was in Tampa, Fl.
Again no investigation was done, even after ex-plaining to my supervisor that I had filed a complaint with United Airlines, regarding the gate agent. I was asked to submit evidence of my complaint, of which I did, yet I was suspended.

3. I filed with the EEOC of Maryland in Oct, 2016. I filed with the charge of discrimination due to race and retaliation.

4. I became very sick due to the stress from the job.

5. In January 19, 2017, I received notice for a ue mandatory meeting in St Louis, MO.
I was removed from my scheduled 3 days trip which was to begin on 1/17. A passenger complained about the entire flight crew, however, I was the only one removed from my scheduled trip, even after we (the crew) had each sent in a flight reports. The 2 white males were allowed to continue their next scheduled trip with no interruptions except me.

6. My pay had to be returned to me <u>Only</u> after the 2 white males confirmed that the Passenger was in the wrong.

7. I became very ill. I was taken to Laurel Regional Hospital E.R. I had broken up in hives and blisters

8. I had to be taken off schedule due to my illness.

9. Transstates had me flown to Missouri to see <u>their</u> own doctor after my doctors had told them I could not return to work

10. Their doctor <u>confirmed</u> exactly what my doctors had said.

11. I began seeing a psychiatrist. All of these medical visits were incurred by me and I had my own insurance not the job, to pay for them.

12. I was summoned to a mandatory meeting at Dulles.

The meeting was a teleconference with Shonn Clark — Director - Inflight. Cynthia Robertson, Supervisor and I were in the office.

I was told that I was suspended for 15 days due to insubordination to a supervisor in chicago. Again there was no investigation done. It was a Caucasian male and I was suspended.

13. I became exceptionally ill and could not work for a while. I had to obtain FMLA.

On 4/3, I met in Missouri, with EEOC and Transstates attorneys. We could not agree on anything during mediation.

Transstates informed me that I had to return to work the next day 4/4, because the doctor had cleared me to do so.

15. I emailed and phoned Mr. Shonn Clark upon my return to Maryland, the very same day (that evening) to inform him of me expired badge. He called and texted also to let me know that my new badge would be with the Supervisor.

16. I texted Mr Clark on 4/3/17, that ALL of my uniforms were large due to the illness, I had reduced tremendously. My uniforms were size 12 and I was now a size 8. He said via text that I was excused from 4/4/18 meeting at work and to go ahead and order new uniforms from the uniform company.

17. On 4/6/17, I received a certified mail from Transstates Airlines, informing me that I was terminated for failure to attend scheduled meeting on 4-5-17, at Dulles Airport.

18. Eventhough I had been allowed to order new uniforms on 4/4/17, no uniforms could be mailed so quickly. Also I encountered password issue - Expired password due to being out so long. I had to wait until morning due to different time zones in order to speak to someone at the M&H Uniform I even text messaged them.

19. ALL of this was reported to Shawn Clark who had authorized me to order uniforms.

I Never received a response, only termination.

20. I believe my rights have been violated. Discrimination, Retaliation and wrong ful termination.